UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>　　　Maurice Q Hoof<br><br>　　　　　Debtor(s) | Case No. 16 B 37580 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　　Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　　1) The case was filed on 11/29/2016.

　　　2) The plan was confirmed on 03/29/2017.

　　　3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

　　　4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

　　　5) The case was Dismissed on 01/31/2018.

　　　6) Number of months from filing to last payment: 11.

　　　7) Number of months case was pending: 17.

　　　8) Total value of assets abandoned by court order: NA .

　　　9) Total value of assets exempted: NA .

　　　10) Amount of unsecured claims discharged without payment: $0.00.

　　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,530.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$1,530.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,467.10 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $62.90 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,530.00** |
| Attorney fees paid and disclosed by debtor: | $100.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| 500 FastCash | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Advance America | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| All Credit Lenders | Unsecured | 448.00 | NA | NA | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 886.00 | 861.69 | 861.69 | 0.00 | 0.00 |
| Aspire | Unsecured | 834.00 | NA | NA | 0.00 | 0.00 |
| At&T | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| Carson Pirie Scott | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Cash Jar | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Cash Web USA | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Chicago Public Library | Unsecured | 50.00 | 45.79 | 45.79 | 0.00 | 0.00 |
| City Colleges of Chicago | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| City of Alhambra | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| City of Blue Island | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 0.00 | 5,251.68 | 5,251.68 | 0.00 | 0.00 |
| City of Chicago Dept of Finance | Unsecured | 3,551.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Heights | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| City of Country Club Hills | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| City of Englewood | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| City Of Hammond | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| City of Las Angeles | Unsecured | 178.00 | NA | NA | 0.00 | 0.00 |
| City of Markham | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| City of Palos Hills | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| City of Waukegan | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Consumer Portfolio Services | Unsecured | 8,811.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY HEALTH & HOSPITAL | Unsecured | 426.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Four Leaf Properties | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| IL Title Loans | Unsecured | 534.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 47.40 | 47.40 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 192.00 | 177.95 | 177.95 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 0.00 | 475.29 | 475.29 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Jefferson Capital Systems LLC | Unsecured | 624.00 | 624.61 | 624.61 | 0.00 | 0.00 |
| Langer & Langer | Unsecured | 5,700.00 | NA | NA | 0.00 | 0.00 |
| Lexington Law | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LVNV Funding LLC | Unsecured | 444.00 | NA | NA | 0.00 | 0.00 |
| Metro | Unsecured | 3,964.00 | NA | NA | 0.00 | 0.00 |
| Metrosouth Med Center | Unsecured | 465.00 | NA | NA | 0.00 | 0.00 |
| Midway Emerg Phys | Unsecured | 505.00 | NA | NA | 0.00 | 0.00 |
| NCS | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Nextel | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| Northern Indiana Public Service Company | Unsecured | 300.00 | 300.65 | 300.65 | 0.00 | 0.00 |
| Pallisades Collection, LLC | Unsecured | 11,742.00 | NA | NA | 0.00 | 0.00 |
| Partners FCU | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Partners Federal Credit Union | Unsecured | 1,000.00 | 577.32 | 577.32 | 0.00 | 0.00 |
| Penn Credit Corporation | Unsecured | 590.00 | NA | NA | 0.00 | 0.00 |
| Peter Francis Geraci | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| PLS | Unsecured | 384.00 | NA | NA | 0.00 | 0.00 |
| PLS | Unsecured | 255.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 0.00 | 275.00 | 275.00 | 0.00 | 0.00 |
| Provident Hospital | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 0.00 | 510.00 | 510.00 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| RMS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Robbins Health | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Robert Semrad & Assoc | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Sheffield Estates | Unsecured | 5,700.00 | NA | NA | 0.00 | 0.00 |
| Sonic Payday Advance | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Sonnenschein Financial Svs | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Speedy Cash | Unsecured | 185.00 | 1,298.58 | 1,298.58 | 0.00 | 0.00 |
| Sprint | Unsecured | 382.00 | NA | NA | 0.00 | 0.00 |
| State Farm | Unsecured | 14,898.00 | NA | NA | 0.00 | 0.00 |
| State Farm Murphysboro | Unsecured | 2,139.00 | NA | NA | 0.00 | 0.00 |
| Stoger Hospital | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| T Mobile | Unsecured | 482.00 | NA | NA | 0.00 | 0.00 |
| TCF National Bank | Unsecured | 374.00 | NA | NA | 0.00 | 0.00 |
| Teco Gas | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Tribute | Unsecured | 795.00 | NA | NA | 0.00 | 0.00 |
| US Bank | Unsecured | 243.00 | NA | NA | 0.00 | 0.00 |
| US Cellular | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| US Fast Cash | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| USA Payday Loans | Unsecured | 384.00 | 300.00 | 300.00 | 0.00 | 0.00 |
| Village of Calumet Park | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Village of Calumet Park | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Village of Monee | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Village of Orland Park | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Village of Tinley Park | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Vista CU | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Zingo Cash | Unsecured | 800.00 | 2,408.51 | 2,408.51 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $177.95 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$177.95** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$12,976.52** | **$0.00** | **$0.00** |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $1,530.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS:** | **$1,530.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/16/2018                              By: /s/ Marilyn O. Marshall
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**